22-mj-5051-JGD

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Trista Adams, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since August 2020. I am currently assigned to the Boston Division, Lowell Resident Agency. I am also a licensed attorney in Ohio and Washington, D.C., and practiced law for approximately ten years prior to joining the FBI.

2. As part of my duties as a SA for the FBI, I investigate federal criminal violations related to, among other things, the online sexual exploitation of children, including but not limited to violations of 18 U.S.C. §§ 2252 and 2252A.  I have received training in the investigation of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I have also participated in the execution of federal search warrants including those that have involved child pornography offenses.  I submit this affidavit in support of a criminal complaint and arrest warrant charging Julien TOULOTTE ("TOULOTTE"), year of birth 1998, of Ipswich and Boston, Massachusetts, with one count each of distribution and possession of child pornography, in violation of 18 U.S.C. § 2252A.

3. The statements in this affidavit are based on my personal knowledge, observations and review of records, my training and experience, and information I have received from other law enforcement officials and from persons with knowledge regarding relevant facts.  Because this affidavit is intended to demonstrate that there is probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  Additionally, where statements of others are set forth

in this affidavit, they are set forth in substance and in part unless specifically indicated otherwise.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

4. In or about mid-January, 2021, an individual, ("EE"), reported to the Ipswich Police Department ("IPD") that she had received child sexual abuse material ("CSAM") from a man she had been conversing with online through Snapchat.[1] She met the man on the dating app, Tinder, and shortly thereafter, the two communicated through Snapchat. EE identified the man as Julien Toulotte ("TOULOTTE").[2]

5. Per EE, during a Snapchat conversation that occurred in or about early-January, 2021, TOULOTTE told EE he had oral sex with a 9-year-old female child. EE reported that TOULOTTE then sent her a photo on Snapchat of a young girl with her mouth open and filled with what EE believed to be semen.[3] Authorities have not recovered that photo.[4]

6. EE provided IPD with TOULOTTE's social media profiles that were known to her, including his Snapchat username ("the Suspect Snapchat Account 1"), his Instagram usernames ("the Suspect Instagram Account 1" and "the Suspect Instagram Account 2") and his Flickr username ("the Suspect Flickr Account").[5]

<u>IPD detective acting in undercover ("UC") capacity and communicating online with TOULOTTE</u>

7. On or about January 14, 2021, following the interview with EE, an undercover ("UC")

---

[1] The individual's identity and residence are known to law enforcement. For purposes of this affidavit, the individual is referred to as "EE."
[2] The investigation has determined TOULOTTE'S date of birth to be xx/xx/1998, social security number to be xxx-xx-7627, and that he resides at an address on Arlington Street in Boston, Massachusetts. Law enforcement is aware of TOULOTTE's full date of birth and social security number but they are redacted herein.
[3] In her written statement, EE indicated it occurred about a week prior to her first reporting it to the IPD and described the child as a 9 year old. Approximately a few days after first reporting to IPD, EE provided a written statement to IPD where EE stated the suspect related he had sexual intercourse with an 11-12 year old and had oral sex with a 10 year old. During an in-person interview with IPD, EE stated the suspect told her that a 9 year old performed oral sex on the suspect and the suspect was masturbating while the minor female neighbor watched.
[4] However, during the time when the IPD officer was acting in an undercover ("UC") capacity on line, the UC did receive a similarly described photo from one of TOULOTTE's Snapchat accounts.
[5] The account identifiers are known to law enforcement.

2

       IPD officer, posing as a 15-year-old female child, requested to follow the Suspect Instagram Account 1. Thereafter, from January 14, 2021 through January 20, 2021, TOULOTTE conversed with the UC using the Suspect Instagram Account 1. Throughout their conversations, TOULOTTE relayed to the UC that he was 22 years old and lived in Boston and the UC advised TOULOTTE that she was 15 years old. TOULOTTE told the UC to add him on Snapchat under the Suspect Snapchat Account 1.

8. On January 20, 2021, the UC sent a friend request to TOULOTTE on Snapchat at the Suspect Snapchat Account 1 as TOULOTTE had requested. The conversation was brief but TOULOTTE confirmed that he lived in Boston. TOULOTTE told the UC to add his "real" Snapchat account ("the Suspect Snapchat Account 2").[6]

9. On January 21, 2021, the UC sent a friend request to TOULOTTE at the Suspect Snapchat Account 2, as TOULOTTE had requested. Throughout the conversation, TOULOTTE informed the UC that he had a house in Ipswich and suggested that they hang out. TOULOTTE again stated he was 22 years old and that he attended college in Worcester. The UC informed TOULOTTE she was in high school and that she was 15 years old. The UC asked him if he was okay talking to her despite her age. TOULOTTE confirmed he was okay with it and that he was "down for anything" when they see each other.

10. During their conversation on Snapchat, TOULOTTE, using the Suspect Snapchat Account 2, asked the UC to play a game of truth or dare. He asked the UC questions regarding the last time she watched porn, if she would kiss him, if she was a "prude," the oldest man that she has talked to and whether they had ever met, if she had any "kinks," and he asked her to send a video of her saying his name. After several hours, TOULOTTE requested the UC send him live photos and suggested the two "video chat sometime."

---

[6] The account identifier is known to law enforcement.

3

11. On January 22, 2021, the UC received a friend request from another Snapchat account of TOULOTTE ("the Suspect Snapchat Account 3").[7] The UC accepted the request and received a message from TOULOTTE stating that his other Snapchat account had been permanently locked.

12. From January 22, 2021, through February 6, 2021, TOULOTTE and the UC continued communicating through Snapchat with the Suspect Snapchat Account 3.

13. On February 3, 2021, via Snapchat, TOULOTTE told the UC he would be visiting his parents in Ipswich, Massachusetts, on Saturday, February 6, 2021. He told the UC that the two could "do something" together if she wanted and said he would be "down for anything!" TOULOTTE asked the UC her age. The UC told TOULOTTE that she was 15 years old and TOULOTTE responded that he was 22. The UC told TOULOTTE he did not have to hang out with her if he did not want to. TOULOTTE stated, "Like if anyone found out it may be kinda bad for me" and when the UC asked why he responded, "Cause ur 15."

14. TOULOTTE told the UC that seeing her depended on what she wanted to do. When the UC told him it was up to him, he stated, "I mean I haven't like done anything with anyone in a while cause of COVID." The UC told TOULOTTE that she had only ever kissed someone and he responded, "WOW You're so pure I don't want to corrupt you I mean we're u planning on doing that kind of stuff with me?" The UC responded by saying it was up to him. TOULOTTE stated, "I mean I'm down if u are I'm a good teacher." The UC stated she would be in if TOULOTTE were okay with her age. TOULOTTE responded, "Yeah I don't mind too much."

15. TOULOTTE asked the UC, "What would u want me to teach you." TOULOTTE then sent a photo of himself to the UC through Snapchat with the caption that read as follows:

---

[7] The account identifier is known to law enforcement.

"[w]ouldn't mind making out with you and like maybe going down on you."[8]

16. TOULOTTE asked the UC if he should get condoms and asked if she would like to see his "size" and subsequently, on or about February 4, 2021, sent UC four (4) photos of an adult, nude male. Three (3) of the photos include a man's erect or semi-erect penis. Among other body parts, TOULOTTE'S face is observed in two (2) of the photos. The photos are described as follows:

   a. The first photo depicts TOULOTTE from the head down to the top of his groin. He is nude, standing in front of the mirror with a phone in one hand and other hand on his groin area. He has a silver watch and black band bracelet around his wrist. Also visible the photo is a white painted wall with uneven texture, a tan armoire and silver wall hooks. The corners of the rectangular mirror are covered with small, round white decorative features.

   b. The second photo depicts an adult male, pictured from his chest to his upper thigh. The man is nude and holding his erect penis. The man's face is not visible but due to a similar or the same watch and black band bracelet being worn on the man's wrist and the textured white painted man's chest, one in the center and one on the man's left side of his body, above his nipple.[9]

   c. The third photo depicts TOULOTTE in the mirror from his head to his upper thigh, nude, holding his erect penis. Visible on his wrist is a silver watch and black band bracelet. Also visible in the photo is a white painted textured wall, tan armoire, silver wall hooks and mirror with round white decorative features on the corners that appear

---

[8] Through my training and experience, in this context I understand "going down on you" to mean performing oral sex.
[9] The photo of himself that TOULOTTE sent to UC on Snapchat, which included his face and upper chest, and contained the caption "[w]ouldn't mind making out with you and like maybe going down on you," also depicted two moles on his chest, one in the center and one on the left side of his body above his nipple, which were in the same locations as depicted in this photo.

5

to be the same or similar as those within the photo described wall. Also visible are two moles on the above in subparagraph (a).

    d.  The fourth photo depicts an adult male pictured from the mid-chest to the upper thigh, nude and holding his erect penis. A silver watch and black band bracelet is visible on his wrist and appears to be the same or similar as the watch and bracelet in the other three photos described above. The mirror in the background shows the back of the man's head, tan armoire and silver wall hooks. The mirror includes the same or similar round decorative features on the corners as the first and third photos described above. The same or similar textured, white painted wall is also visible in the photo. Based on these factors, I believe the man in all four photos to be TOULOTTE.

17. During their Snapchat conversation, after TOULOTTE sent the nude photographs of himself (described in the preceding paragraphs), he asked the UC to send him photos and also asked if he could film them when they met.[10] TOULOTTE proposed they meet on Sunday, February 7, 2021. He also requested the UC FaceTime or video chat with him.

18. On February 5, 2021, TOULOTTE requested a live video chat on Snapchat. The UC and TOULOTTE attempted to connect video chat or voice calls several times but were unable to connect for unknown reasons.

19. On February 6, 2021, TOULOTTE was no longer listed on the UC's friend list and the UC could not locate TOULOTTE's Snapchat account. No further conversations occurred between TOULOTTE and the UC in that undercover identity.

IPD detective acting in UC capacity and communicating online with TOULOTTE as EE

20. On or about January 27, 2021, EE reported to IPD that TOULOTTE again requested to friend her on Snapchat. EE had deleted the request 5 days prior, on or about January 22,

---

[10] In response, the UC sent selfie photos, but not nude selfie photos, to that user account. The photos depicted a female who looks to be approximately 15 years old.

2021, and had been advised by IPD to contact IPD if TOULOTTE requested to friend her again.

21. On January 28, 2021, EE reported to IPD that TOULOTTE requested to friend her on Snapchat using the Suspect Snapchat Account 3. On January 29, 2021, the UC spoke with EE on the telephone and the UC requested access to EE's Snapchat account. EE gave the UC verbal permission to assume EE's online identity on Snapchat for purposes of the investigation of TOULOTTE.

22. On January 29, 2021, the UC logged onto EE's Snapchat account, as EE, and accepted the friend request from the Suspect Snapchat Account 3. From January 29, 2021, to February 4, 2021, the UC, posing as EE, interacted and communicated with the Suspect Snapchat Account 3.

23. After accepting TOULOTTE's friend request on Snapchat, TOULOTTE asked the UC if she had thought more about joining him. When asked for clarification, TOULOTTE responded, "Like when I'm babysitting." The UC asked TOULOTTE if he meant with the girl and asked how old she was. TOULOTTE stated the girl was 11 and went on to say, "And like I'd probably be fucking her and u can be like playing with my balls or have you both suck on me at the same time." TOULOTTE stated that the girl was his cousin and was staying with him along with her little sister who was 9 years old. TOULOTTE stated the 9 year old "may join" as well. He stated, "We do shit every night" and offered to show the UC more videos he had found if she wanted. When questioned by the UC whether he was going to engage in sexual acts with his cousins tonight, TOULOTTE stated "Nahhhh Not tonight Got work." TOULOTTE then told the UC he thought the idea was "hot" but that he had been lying.

24. The UC, as EE, questioned TOULOTTE about a photo he had sent to EE of what EE reported as a young girl with semen in her mouth. TOULOTTE stated, "That was reallllll"

and "Not my cousin."

25. Several days later, TOULOTTE asked the UC, posing as EE, if she wanted to have sex with him when he comes to Ipswich and stated he would be in Ipswich on Saturday, February 6, 2021. He asked, "And u wanna watch that porn with me?" and when asked for clarification he stated, "Like the stuff I sent u" and "Like the young stuff." TOULOTTE offered to show the UC what type of porn he was talking about, and asked what age she wanted to see. When the UC asked what age TOULOTTE usually watches he responded that he is open to any.

26. TOULOTTE sent the UC, posing as EE, one video of a child performing oral sex on an adult erect male penis. The child appears to be a prepubescent female based on her stature, undeveloped breasts and the size of her hands. The child is kneeling on the floor between the legs of the adult male and the male's penis and groin area are visible. He appears to be in the seated position. The child appears to be Caucasian with light brown or blonde hair. The child is performing oral sex on the adult male by inserting the penis into her mouth and stops at one point because she gagged. The video is approximately 20 seconds in length. When the UC asked how old the girl in the video was, TOULOTTE responded, "Prolly like 9." He stated the man in the video was not him and when the UC asked if he had any of himself he responded, "Maybe for Sunday." TOULOTTE stated that there was sound with the video but that his computer does not do sound very well. At this time, the UC realized TOULOTTE was recording the video onto his phone but had been playing the video on his computer or obtained the video from his computer.[11]

---

[11] I am aware that the "preferred practice" in the First Circuit is that a Magistrate Judge view an image that agents believe constitutes child pornography by virtue of its depiction of the lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 18-19 (1st Cir. 2001) (affiant's "legal conclusion parroting the statutory definition […] absent any descriptive support and without an independent review of the images" insufficient basis for determination of probable cause). Here, however, the descriptions offered "conveys to the Magistrate Judge more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F. 3d 255, 261 (1st Cir. 2014) (distinguishing *Brunette*). The child described in paragraph 26 above appears to be a prepubescent female – in all events, younger than 18. Furthermore, the description of the file here

27. TOULOTTE asked the UC, posing as EE, if she would suck on him while they watched the porn and asked if she wanted more videos.

28. TOULOTTE sent one video to the UC, posing as EE, on Snapchat of a man using his erect penis to have vaginal intercourse with what looks to be a young, prepubescent female child on her forearms and knees on a mattress. The child appears to be Caucasian with dark brown or black shoulder length hair and wearing only an orange t-shirt and no pants. A nude adult male, who appears to have a large stomach, is penetrating the child vaginally from behind with his erect penis. The male removes his penis from her vagina and the video pans down to show the child's vaginal area closely. The child puts her hands underneath her vaginal area in an attempt to catch a white liquid as it seeped from her vagina. The man uses his hand to push the child's hand down and away from her vagina in what appears to be an effort to move her hand out of the way of the camera. The child's vaginal area has no visible pubic hair and her hands appear to be very small compared to the adult male's hands. TOULOTTE stated she was "Probably like 8." When the UC questioned TOULOTTE as to where he finds the videos he told her he finds them online.

29. TOULOTTE asked the UC, posing as EE, if she would want to do it with him and that he had a 10-year-old in Ipswich and stated, "We do similar stuff like the video." When the UC questioned TOULOTTE's truthfulness he stated, "No this ones for real." He told the UC the child's first name and stated, "When she moans my name it's soooo hot."

---

is sufficiently specific as to prepubescence and appearance of the alleged child as well as the nature of the sexual conduct pictured in the file, such that the Court need not view the file to find that it depicts child pornography. *See United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice is for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images *or provide a sufficiently specific description of the images* to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added); *see also United States v. LaFortune*, 520 F.3d 50, 56 (1st Cir. 2008) (similarly emphasizing *Syphers* court's use of "or" in describing the *Brunette* "best practice"). Where I have included such nonconclusory, sufficiently specific description, this Court need not view the imagery to find that it depicts child pornography. Nonetheless, the described imagery is available for review at the Court's request.

30. TOULOTTE asked the UC, posing as EE, "[b]ut are u ok being in a video of me fucking a 10 year old?" and stated, "I'm glad you like kids like me."

31. During the conversation about the 10-year-old child, TOULOTTE asked the UC, posing as EE, if she wanted to see his penis and stated "It's so hard." At that time, TOULOTTE sent UC, posing as EE, three photos and two videos of a man's semi-erect or erect penis. One of the photos included the caption, "I can't wait for you to watch me fuck a kid." After sending the images of an erect adult male penis, TOULOTTE said, "I said I bet you'd wanna see it going inside a 10-year-olddd."

32. While communicating online, TOULOTTE told the UC, posing as EE, the following: "I want u to film me fucking [the 10-year-old] so I can get more angles." and told the UC, posing as EE, that he filmed on his phone.

33. TOULOTTE asked the UC, posing as EE, if she wanted the 10-year-old to perform oral sex on her while he has intercourse with the child. He also claimed that the 10-year-old female had a 12-year-old brother and TOULOTTE stated "...I bet he'd wanna fuck u." TOULOTTE also asked the UC, posing as EE, if she would want to "play" with the 12-year-old boy while he played with the 10-year-old girl or suggested that "Maybe they can even fuck and we can fuck and watch them That'd be hot." He also stated, "Can't wait to see him fuck u" and "And u sucking on him" referring to the UC, posing as EE, and the 12-year-old boy.

34. TOULOTTE relayed to the UC, posing as EE, that the 10-year-old girl uses her mother's iPad to communicate with him and that they "have to hide our convos For obvious reasons." TOULOTTE claimed the mother traveled for work and that the children were with him for weekends on occasion. He told the UC, "Yeahhh so if u wanted you could fool around with him all nighttt and you can watch her ride me." TOULOTTE continued, "She usually just sucks on me while we watch tv and I play with her pussy And then we

10

fuck from time to time" and later stated, "She can like lick your pussy while u watch me fuck [her]."

35. When the UC, posing as EE, questioned what the 10-year-old girl looked like, TOULOTTE sent the UC, posing as EE, a recorded TikTok video of a young child with short brown hair, defined jaw, slim stature, and wearing a short sleeved pink floral dress. He stated, "She's much cuter when she's riding my cock and shaking and panting."

<u>Identification and Arrest of Julien TOULOTTE and Search of Devices</u>

36. With the information TOULOTTE provided, the UC and other Internet Crimes Against Children Task Force Officers and investigators attempted to identify the children TOULOTTE had previously described. However, to date, investigators have been unable to locate or identify any children within the Ipswich Public School system who were approximately the ages that TOULOTTE described to the UC and to date, have been unable to identify any of the names of the children TOULOTTE had previously provided.

37. Throughout the entirety of the online Snapchat conversations UC had with TOULOTTE, the Snapchat Map feature was activated for TOULOTTE's account. The Snapchat map shows a person's location when the person was last active on the Snapchat app if the feature is activated. With one exception, each time the UC checked the Snapchat Map, TOULOTTE was located at the Arlington Street address in Boston, Massachusetts. The exception was on February 6, 2021, which showed TOULOTTE located on Labor in Vain Road in Ipswich. This was consistent with the information TOULOTTE provided to the UC about his location during their conversations on Snapchat through both the UC account and EE's account when the UC utilized it to pose as EE.

38. A query of National Crime Information Center ("NCIC") reveals a Massachusetts driver's license was issued to Julien Toulott, date of birth xx/xx/1998, SSN xxx-xx-7627, at an address on Arlington Street in Boston, Massachusetts, Also listed within the NCIC results

was an alias and alternate spelling of his name, Julian Toulotte.

39. In connection with this investigation, I reviewed records of the Massachusetts Registry of Motor Vehicles, which include a photograph for TOULOTTE. I have reviewed that photograph as well as the selfie-style photographs TOULOTTE sent to the UC and believe that they depict the same person.

40. On or about March 11, 2021, based in part on the information outlined herein, law enforcement obtained state search warrants for TOULOTTE's residences in Boston, Massachusetts and in Ipswich, Massachusetts. *See* state search warrants 2140SW0027 and 2140SW0028.[12], On or about March 12, 2021, authorities executed both search warrants. TOULOTTE was present in his bedroom at the Ipswich residence at the time of the search warrant execution. During the execution of the search warrants at both residences, numerous electronic devices were seized by authorities.[13] On that same date, TOULOTTE was arrested by IPD on state charges including Distribution of Obscene Matter, Distribution of Material Depicting Child in Sexual Act, and Distribution of Obscene Matter to a Minor.[14]

41. Among the electronic items seized by law enforcement from TOULOTTE's Ipswich and Boston residences were an Apple iPhone 12, two hard drives, two Sandisk memory cards, two laptop computers and one iMac computer (the "Target Devices"). Subsequent to TOULOTTE's arrest, state law enforcement conducted a review of TOULOTTE's cell phone, which, at the time of that review, was unlocked, and found over one hundred images and videos depicting child pornography.[15]

---

[12] A copy of the two state search warrants were attached as Exhibits 1 and 2 to the two federal search warrants outlined in paragraph 42 herein.
[13] On the same day as the arrest, the defendant's cell phone was transferred to Massachusetts State Police and data was extracted into Cellebrite on that date for review. The phone was then returned to IPD and IPD reviewed the\ contents of the phone through the Cellebrite software.
[14] That state case is pending and in that case, TOULOTTE is currently on pretrial release with conditions. The instant case is a federal adoption of that state case.
[15] Subsequent to that review, the cell phone became locked and to date, FBI has been unable to unlock it.

42. In connection with this investigation and subsequent to the state search warrants, on November 22, 2021, two federal search warrants were issued out of this District for the Suspect Snapchat Accounts 1 and 2 and 3, and for the Target Devices. The Target Devices are currently in the possession of the FBI. *Search warrant nos.* 21-mj-2779-MBB and 21-mj-2780-MBB.

43. Thereafter, and in connection with this investigation, I conducted a preliminary forensic review of one of the electronic devices seized from TOULOTTE'S bedroom at his Ipswich residence where TOULOTTE was also located at the time of the search warrant execution. This electronic device is a Sandisk 32GB removable drive with serial number BM1515450274D. Through that preliminary forensic review of that Sandisk, I observed in excess of 300 images of child pornography and an additional approximately 300 videos depicting child pornography, including the following three videos:

    a. A video that is approximately 3 minutes and 19 seconds in length, depicting an adult male wearing a long sleeve black shirt and no pants and attempting to insert his erect penis into the anus and vagina area of an infant female child, who appears to be approximately three to four months old. The adult male and the infant appear to be Caucasian. The infant is laying on her back on what appears to be a blue bedsheet and yellow blanket with a pacifier in her hand. The adult male uses his left hand to grasp the infant's right leg and elevates the infant's bottom while the adult male uses his right hand to rub his erect penis in a circulation motion against the vagina area of the infant. The infant puts the pacifier in her mouth and removes it. The man then reaches up and removes the pacifier from the infant's hand and discards it. He subsequently inserts his erect penis into the infant's mouth. The video also depicts the adult male using is left hand to spread apart the vagina and anus area of the infant

as he films close in on the infant's genitals. The adult male subsequently rubs the infant's vagina using his index finger and thumb of his right hand and his penis.

b. A video that is approximately 4 minutes and 30 seconds in length, depicting an adult male wearing a yellow shirt and no pants, pouring lotion into his right hand, rubbing his hands together and then rubbing the lotion on the body of a small female child that appears to be approximately two to four years of age. After he rubs the child with lotion, the adult male attempts to insert his erect penis and fingers into the anus and vagina area of a female child. The child appears to have a red rash on her vagina area and is laying on her back fully nude. After rubbing his penis on the child, the male ejaculates on the child's vagina and then uses a green and yellow towel to wipe the semen from her vagina. The adult male then continues to rub the child's vagina with his digits.

c. A video that is approximately 59 seconds in length, depicting an adult male using his erect penis to have vaginal intercourse with what looks to be a young, prepubescent female child on her forearms and knees on a mattress. The child appears to be Caucasian with dark brown or black shoulder length hair and wearing only an orange t-shirt and no pants. A nude, adult male, who appears to have a large stomach, is penetrating the child vaginally from behind with his erect penis. The male removes his penis from her vagina and the video pans down to show the child's vaginal area closely. The child puts her hands underneath her vaginal area in an attempt to catch a white liquid as it seeped from her vagina. The man uses his hand to push the child's hand down and away from her vagina in what appears to be an effort to move her hand out of the way of the camera. The child's vaginal area has no visible pubic hair and her hands appear to be very small compared to the adult male's hands. This video

is the same or substantially similar video sent from the Suspect Snapchat Account 2 to the UC posing as EE.

44. Forensic review of 8 of the devices seized from TOULOTTE's residences, is ongoing.

## CONCLUSION

45. Based on all of the foregoing information, I submit that there is probable cause to believe that:

    a. on or about February 5, 2021, TOULOTTE knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); and

    b. on or about March 12, 2021, TOULOTTE knowingly possessed material that contained one or more images of child pornography, as defined in 18 U.S.C. § 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Sworn to under the pains and penalties of perjury,

_____
Special Agent Trista Adams
Federal Bureau of Investigation

SWORN to before me telephonically pursuant to Fed. R. Crim. P. 4.1 this ____ day of February, 2022.      **Feb 16, 2022**

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE